# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LORRAINE MAY LAMPTON**, individually, and on behalf of all others similarly situated**,**

       Plaintiff,

v.

**ELITE HEALTH INSTITUTE LTD.,**

       Defendant.
_____/

Case No. 2:20-cv-06564-EAS-KAJ

Judge Edmund A. Sargus

Magistrate Judge Kimberly A. Jolson

## JOINT NOTICE OF SETTLEMENT

The Parties, by and through their undersigned counsel, hereby give notice that they have reached a settlement with respect to Plaintiff's claim. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: January 7, 2022

Respectfully Submitted,

| /s/ Ignacio J Hiraldo<br>**IJH Law**<br>Ignacio J. Hiraldo, Esq.<br>*Pro Hac Vice*<br>FL Bar No. 56031<br>Washington D.C. Bar No. 485610<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>t. 786.496.4469<br>e. ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | **DEWITT LAW, LLC**<br>/s/ Michael W. DeWitt<br>Michael W. DeWitt (0066896)<br>4200 Regent Street<br>Suite 200<br>Columbus, Ohio 43219<br>(614) 398-2886<br>(614) 370-4552<br>(614) 750-1379 (facsimile)<br>mdewitt@clarkfox.com<br>*Attorney for Defendant*<br>Elite Health Institute Ltd. dba Elite Body and Laser Center |
|---|---|