# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LORRAINE MAY LAMPTON**, individually, and on behalf of all others similarly situated**,**

    Plaintiff,

v.

**ELITE HEALTH INSTITUTE LTD.,**

    Defendant.
_____/

Case No. 2:20-cv-06564-EAS-KAJ

Judge Edmund A. Sargus

Magistrate Judge Kimberly A. Jolson

## STIPULATION OF DISMISSAL

Plaintiff Lorraine May Lampton and Defendant Elite Health Institute LTD., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

Plaintiffs' claims are dismissed with prejudice and the claims of the unnamed putative class members are dismissed without prejudice.

Dated: January 28, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo* <br> **IJH Law** <br> Ignacio J. Hiraldo, Esq. <br> *Pro Hac Vice* <br> FL Bar No. 56031 <br> Washington D.C. Bar No. 485610 <br> 1200 Brickell Ave. Ste. 1950 <br> Miami, FL 33131 <br> t. 786.496.4469 <br> e. ijhiraldo@ijhlaw.com <br><br> *Counsel for Plaintiff* | **DEWITT LAW, LLC** <br> */s/ Michael W. DeWitt* <br> Michael W. DeWitt (0066896) <br> 4200 Regent Street <br> Suite 200 <br> Columbus, Ohio 43219 <br> (614) 398-2886 <br> (614) 370-4552 <br> (614) 750-1379 (facsimile) <br> mdewitt@clarkfox.com <br> *Attorney for Defendant* <br> Elite Health Institute Ltd. dba Elite Body and Laser Center |